UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NUMBER: 2201CR002384
BMC TRIAL COURT 5
**COMMONWEALTH vs. Nicholas J. Fiorillo**

**DEFENDANT'S CROSS-COMPLAINANT'S EMERGECNY
MOTION TO STAY PROCEEDINGS**

Pursuant to Defendant-Cross-Complainant Nicholas Fiorillo's just removal of the aforementioned action due to numerous violations of Federal Civil rights and other Federal questions, Nicholas Fiorillo hereby moves this honorable Court for an Emergency order staying this action pending the resolution of all matters before this Court. Defendant moves on an Emergency basis to prevent further irreparable harm which would occur if all proceedings are not immediately stayed. As grounds for this Motion, the parties state as follows:

**STATEMENT**

1.      On or about August 1, 2022, a criminal action was commenced against Defendant in the Boston Municipal Court in the Commonwealth of Massachusetts, (the "Municipal Court Action").

2.      This action, as well as a series of civil cases now before this Court, involve the same defendants and similar claims to those that Plaintiffs assert here. In addition, the level of bias Mr. Fiorillo has been subjected to in all lower court proceedings put him at risk of irreparable and unjust harm, should this matter be permitted to continue in a manner depriving him of due process to be fairly heard. Accordingly, a stay of the proceedings pending resolution of this instant and inextricably related actions involving Nicholas Fiorillo, whether as Plaintiff/Cross-Complainant or Defendant is warranted, in the interests of judicial economy and the Parties' interests in the efficient use of their own resources.

## CONCLUSION

WHEREFORE, the Defendant-Cross-Complainant Nicholas Fiorillo respectfully requests that the Court order an immediate stay of all proceedings under this action, pending the resolution of this and all matters before this Court, or for such time that this Court may extend the stay upon motion by either party.

Respectfully submitted,

December 22, 2022

/s/Nicholas Fiorillo
Nicholas Fiorillo - Pro Se

CERTIFICATE OF SERVICE

I hereby certify that on or about December 21, 2022, I filed the foregoing with the Clerk of the Court, and provided notice to any other party of record, if required, by electronic or U.S. Mail.

/s/Nicholas Fiorillo