# United States Court of Appeals
## For the First Circuit

_____

No. 23-8011

NICHOLAS FIORILLO,

Petitioner,

v.

UNITED STATES DISTRICT COURT OF MASSACHUSETTS; BOSTON MUNICIPAL COURT,

Respondents.

_____

Before

Barron, Chief Judge,
Howard and Montecalvo, Circuit Judges.

_____

**JUDGMENT**

Entered: March 6, 2023

Petitioner Nicholas Fiorillo has filed a mandamus petition in relation to the district court's remand of a criminal matter to state court. Fiorillo already has pending an appeal challenging the same district court ruling(s). See Appeal 23-1093. We conclude that no relief is in order. See In re Justices of Superior Court Dep't of Massachusetts Trial Court, 218 F.3d 11, 15 (1st Cir. 2000) (general mandamus principles); see also In re Urohealth Systems, Inc., 252 F.3d 504, 507 (1st Cir. 2001) ("[I]t is well-established that an extraordinary writ, such as a . . . writ of mandamus, may not be used as a substitute for an appeal and will not lie if an appeal is an available remedy."). All requested relief is **DENIED**. Any remaining pending motions, to the extent not mooted by the foregoing, are **DENIED**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Nicholas J. Fiorillo, Donald Campbell Lockhart, Andrea J. Campbell